HENRY SANDERSON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 34930.    Promulgated May 18, 1931.

*E. C. Lake, Esq.*, and *Walter Cooper, Esq.*, for the petitioner.
*C. H. Curl, Esq.*, for the respondent.

306

OPINION.

STERNHAGEN: The· respondent determined that the amount of $37,562.63 paid to petitioner's attorneys in 1925 was not deductible

because it was " a personal expense within the meaning of section 215 of the Revenue Act of 1926." The petitioner contends that the amount was deductible " as an ordinary and necessary business expense under the provisions of section 214 (a) (1)," and cites principally *Kornhauser* v. *United States*, 276 U. S. 145. We are of opinion that the respondent has treated the item correctly. It was related directly to petitioner's marital situation and only remotely and incidentally involved his business or that of Barney & Company.

*Judgment will be entered for the respondent.*